

**Lucy E. Hill**
Shareholder

lucy.hill@dentons.com
D 412-297-4719

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  07/16/2021
```

July 15, 2021

*Via ECF*

The Honorable Judge Andrew L. Carter
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  <u>Nisbett v. Shades of Lights, LLC, No. 21-cv-3301</u>

Dear Judge Carter:

    We represent defendant Shades of Light, LLC ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45 days), from July 15, 2021 to August 30, 2021.

    This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

    Sincerely,

    DENTONS COHEN & GRIGSBY P.C.

    */s/ Lucy E. Hill*

    By:  Lucy E. Hill

LEH/chl
Copy to:  All counsel of record (via ECF)
3702056.v1

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: July 16, 2021

**Davis Brown ▸ East African Law Chambers ▸ Eric Silwamba, Jalasi and Linyama ▸ Durham Jones & Pinegar ▸ LEAD Advogados ▸ Rattagan Macchiavello Arocena ▸ Jiménez de Aréchaga, Viana & Brause ▸ Lee International ▸ Kensington Swan ▸ Bingham Greenebaum ▸ Cohen & Grigsby ▸ Sayarh & Menjra ▸ Larraín Rencoret ▸ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.