

**Lucy E. Hill**
Shareholder

lucy.hill@dentons.com
D 412-297-4719

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/30/2021

August 27, 2021

*Via ECF*

The Honorable Judge Andrew L. Carter
Southern District of New York
40 Foley Square
New York, NY 10007



Re: <u>Nisbett v. Shades of Lights, LLC, No. 21-cv-3301</u>

Dear Judge Carter:

    We represent defendant Shades of Light, LLC ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to extend the stay of all case deadlines in this action for an additional sixteen days (16 days), from August 30, 2021 to September 15, 2021.

    This brief extension of the stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal. The parties have filed one previous request for a stay, which was granted on July 16, 2021.

Sincerely,

DENTONS COHEN & GRIGSBY P.C.

*/s/ Lucy E. Hill*

By: Lucy E. Hill

LEH/chl
Copy to: All counsel of record (via ECF)
3748944.v1

SO ORDERED:
*Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: August 30, 2021

Davis Brown ▸ East African Law Chambers ▸ Eric Silwamba, Jalasi and Linyama ▸ Durham Jones & Pinegar ▸ LEAD Advogados ▸ Rattagan Macchiavello Arocena ▸ Jiménez de Aréchaga, Viana & Brause ▸ Lee International ▸ Kensington Swan ▸ Bingham Greenebaum ▸ Cohen & Grigsby ▸ Sayarh & Menjra ▸ Larraín Rencoret ▸ For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.